IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CV1-1-MU

| | |
|---|---|
| ROBERT L. STYLES, )<br>)<br>Plaintiff, )<br>Vs. )<br>)<br>WILLARD JOBE, et al., )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER** comes before the Court for an initial review of Plaintiff's Complaint pursuant to 42 U.S.C. § 1983, filed January 5, 2006.

Rule 8(a) of the Federal Rules of Civil Procedure require that "a complaint contain a short and plain statement of the claim showing that the pleader is entitled to relief." The requirements of Rule 8(a) ensure that the complaint gives the defendants fair notice of what the plaintiff's claim is and the grounds upon which it rests. See Conley v. Gibson, 355 U.S. 41, 47 (1957). Upon reviewing Plaintiff's Complaint, this Court concludes that it fails to comply with Rule 8(a). That is, Plaintiff fails to attribute any specific act to any of the defendants. Accordingly, Defendants do not have any notice of which of their actions allegedly violated Plaintiff's constitutional rights and form the basis of his claim.

**IT IS, THEREFORE, ORDERED that** Plaintiff has 30 days in which to amend his Complaint to comply with Rule 8(a) of the Federal Rules of Civil Procedure. Plaintiff is

cautioned that failure to comply with this Order will result in the dismissal of his Complaint.

Signed: January 26, 2006

Graham C. Mullen
United States District Judge