# United States District Court
# For The Western District of North Carolina
# Asheville Division

ROBERT L. STYLES,

       Plaintiff(s),

vs.

WILLARD JOBE, et al.,

       Defendant(s).

JUDGMENT IN A CIVIL CASE

1:06cv1-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 24, 2006 Order.

February 24, 2006

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*
Elizabeth Barton, Deputy Clerk